# In the United States Court of Federal Claims

No. 26-619
Filed: May 18, 2026

---

**DEBRA ANNE ABEYTA,**

        *Plaintiff,*

v.

**UNITED STATES,**

        *Defendant.*

---

## ORDER

The plaintiff has filed a response to the order to show cause. In her response, she appears to acknowledge that her claims fall outside the limited jurisdiction of the Court of Federal Claims. On this point, the plaintiff is correct. The only relief the plaintiff seeks is an order declaring the orders of another, unidentified court to be null and void. This court lacks jurisdiction to enter such an order, *Shinnecock Indian Nation v. United States*, 782 F.3d 1345 (Fed. Cir. 2015); rather, the proper course for any dissatisfied litigant is a direct appeal to the appropriate appellate court.

Instead of dismissal, the plaintiff requests that her claim be transferred to the District Court for the District of the Virgin Islands under 28 U.S.C. § 1631. The plaintiff appears to reside in New York State, and, although it is not clear from the plaintiff's complaint, the underlying orders appear to arise from the United States District Court for the District of New Jersey. The plaintiff does not explain why venue would be appropriate in the District of the Virgin Islands, so it is not evident why this case could have been brought there when filed, as required by 28 U.S.C. § 1631. Because the District of New Jersey has already addressed the issues the plaintiff's underlying lawsuit, and no basis on which venue in the District of the Virgin Islands is appropriate is presented by the plaintiff, it is not in the interest of justice to transfer the case to either forum.

Accordingly, the case is **DISMISSED** without prejudice (meaning the plaintiff may file a new action in any court that may exercise jurisdiction and in which venue lies) under Rules 12(b)(1) and 12(h)(3) of the Rules of the Court of Federal Claims. The Clerk is **DIRECTED** to enter judgment accordingly. No costs are awarded.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**